Case 3:00-cr-00845-SEC   Document 798   Filed 10/02/12   Page 1 of 2

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America <br> v. <br> IRWING JOSE VARGAS-MOLINA | Case No: 00-845 (01)(SEC) <br> USM No: 20652-069 |
| Date of Original Judgment: 12/12/2001 <br> Date of Previous Amended Judgment: 11/14/2002 <br> *(Use Date of Last Amended Judgment if Any)* | Hector L. Ramos-Vega <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    235    months **is reduced to**   188 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    11/14/2002    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    10/02/2012            S/ Salvador E. Casellas
                                     *Judge's signature*

Effective Date:   10/02/2012         SALVADOR E. CASELLAS, U.S. DISTRICT JUDGE
       *(if different from order date)*        *Printed name and title*

Case 3:00-cr-00845-SEC   Document 798   Filed 10/02/12   Page 2 of 2

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: IRWING JOSE VARGAS-MOLINA
CASE NUMBER: 00-845 (01)(SEC)
DISTRICT: District of Puerto Rico

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Total Offense Level: | 36 | Amended Total Offense Level: | 34 |
| Criminal History Category: | III | Criminal History Category: | II |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

Complete sentence:

Imprisonment for a term of 188 months as to count 1, 180 months as to count 2 and 120 months as to count 3, said terms to be served CONCURRENTLY with each other and followed by a supervised release term of 5 years as to count 1, and 3 years as to counts 2 and 3 to be served concurrently with each other.